UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    DANNY T. BARKHO                        CASE NO. 18-56782-TJT
                                                   CHAPTER 13
                                                   HONORABLE THOMAS J. TUCKER

    DEBTOR.
_____/

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL AS SERVICER FOR CCAP AUTO LEASE LTD. AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

The parties having stipulated and agreed to the entry of an order for relief from the automatic stay and co-debtor stay;

IT IS ORDERED that:

1) The Automatic Stay of 11 U.S.C. § 362(a) and Co-Debtor Stay of 11 U.S.C. § 1301 are terminated as to the interest of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. in the 2018 Dodge Charger bearing Vehicle Identification Number 2C3CDXJG4JH189436.

2) The Creditor is free to pursue its applicable non-bankruptcy remedies with respect to its interest in the subject vehicle.

3) Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and the Creditor may immediately enforce and implement this Order.

**Signed on June 8, 2021**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**